IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. LINNEA ROSE | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:05 CV 216 |
| v. | § § | |
| EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM and EAST TEXAS MEDICAL CENTER ATHENS, | § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Relator, Linnea Rose, files her Certificate of Written Discovery and certifies to this Court that on April 28, 2008, she served her Supplemental Disclosure of Expert Testimony pursuant to Federal Rule of Civil Procedure 26(a)(1), Eastern District of Texas Local Rule 26, and the Court's Amended Discovery Order.

Respectfully submitted,

/s/
Joel M. Finberg
Texas Bar No. 07008520
3811 Turtle Creek Boulevard, Suite 900
Dallas, Texas 75219
Telephone: (214) 219-8828
Facsimile: (214) 219-8838
jfineberg@fineberglaw.com

**LEAD ATTORNEY FOR RELATOR**

OF COUNSEL:

| **FINEBERG / GRESHAM** | **IRELAND CARROLL & KELLY, P.C.** |
| --- | --- |
| 3811 Turtle Creek Blvd., Suite 1900 | 6101 South Broadway, Ste. 500 |
| Dallas, Texas 75219 | Tyler, TX 75703 |
| 214-219-8828 | (903) 561-1600 |
| 214-219-8838 (fax) | (903) 581-1071 (fax) |
| R. Dean Gresham | Otis W. Carroll, Jr. |
| Texas Bar No. 24027215 | Texas Bar No. 03895700 |
| | Collin M. Maloney |
| | Texas Bar No. 00794219 |

**ATTORNEYS FOR RELATOR**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As such, this pleading was served on all counsel who are deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this 28th day of April, 2008.

　　　　　　　　　　　　　/s/　　　　　　　　　　　　
　　　　　　　　　　　　**R. DEAN GRESHAM**