# Exhibit B-1

## Dean Gresham

**From:** Dean Gresham
**Sent:** Wednesday, March 12, 2008 10:47 AM
**To:** 'sreasonover@Sellers-Feinberg.com'
**Subject:** Affidavit

Scott,

Jennifer forwarded me your email. What we would like from you is an affidavit (rather than a report) setting forth your credentials and former employment role at HHSC. In addition, a short statement that (1) you were asked to meet with the lawyers for ETMC on \_\_\_\_ date; (2) that you met with them and that they asked you for your opinions regarding ETMCA's participation in the UPL program, and (3) that you told them that in your opinion, the financing mechanism that ETMC utilized to fund the State of Texas' share of the UPL program (related to ETMCA) was an improper provider related donation. This is simply the factual information that you relayed to me at our prior meeting.

Thank you again for your time.

Dean Gresham
R. Dean Gresham | 3811 Turtle Creek Blvd., Suite 1900 | Dallas, Texas 75219 | 214.219.8828 T | 214.219.8838 F
FINEBERG:GRESHAM
www.fineberglaw.com

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE: This electronic mail transmission is intended as confidential communications between Fineberg / Gresham and the receiving party named above. Privileges which may attach to this communication include the attorney/client privilege, the work product privilege, the investigative privilege, the privileges associated with trade secrets and proprietary information and the physician/patient privilege. All of the above privileges are hereby asserted and reserved. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** Scott Reasonover [mailto:SReasonover@sellers-feinberg.com]
**Sent:** Wednesday, March 12, 2008 9:56 AM
**To:** Jennifer Johnson
**Subject:** EMTC Report - Scope of Work

Hi Jennifer,

Could you briefly outline in a few sentences the purpose of report and the type information that would need to be addressed in the report F&G would like for me to prepare?

**Scott Reasonover**
Senior Consultant
Sellers Feinberg
Healthcare Government Strategies

Mobile: 512.826.1474
Email: sreasonover@Sellers-Feinberg.com
Website: www.Sellers-Feinberg.com